# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

146474

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOSEPH DALE BAKER,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 146474
COA: 310628
Allegan CC: 09-016113-FH

On order of the Court, the application for leave to appeal the November 19, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The application is denied without prejudice to the defendant pursuing another motion for relief from judgment in the circuit court concerning his allegations of ineffective assistance of counsel under *Missouri v Frye*, 566 US __; 132 S Ct 1399; 182 L Ed 2d 379 (2012), that he was not informed by trial counsel of plea offers from the prosecutor.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



p0722

Clerk